UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
SECURITIES AND EXCHANGE COMMISSION,     :        NOTICE OF MOTION
                                                              :
            - v. -                                       :        ECF Case
                                                              :
KENNETH CIAPALA, and                                :        No. 20 Civ. 0008 (PGG)
BLACKLIGHT, S.A.,                                       :
                                                              :
                Defendants.                       :
                                                              :
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States* v. *Kenneth Ciapala et al.*, 20 Civ. 0008 (PGG) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Audrey Strauss, Acting United States Attorney for the Southern District of New York, and Noah Solowiejczyk and Vladislav Vainberg, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated:  New York, New York
          October 2, 2020

                                            AUDREY STRAUSS
                                            Acting United States Attorney

                                            /s/     Noah Solowiejczyk
                                            Noah Solowiejczyk
                                            Vladislav Vainberg
                                            Assistant United States Attorneys
                                            Telephone: (212) 637-2473/1029