UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

  - against -

KENNETH CIAPALA, and
BLACKLIGHT, S.A.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

No. 20 Civ. 0008 (JPO)

ORDER

WHEREAS, on October 2, 2020, the Government submitted a motion seeking to intervene in this action and seeking a complete stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Kenneth Ciapala et al.*, 19 Cr. 874 (GBD) (the "Criminal Action"), in which an indictment has been returned; and

WHEREAS, defendant Kenneth Ciapala consents to the complete stay sought by the Government; and

WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a complete stay;

WHEREAS, defendant Blacklight S.A. was previously served with the Complaint in this action and failed to file an answer by its deadline to do so; and

WHEREAS, the Court finds that a complete stay in this action, while not staying any motion for default judgment to be filed by the SEC, is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Action, except that such a stay shall not apply to any motion for default judgment to be filed by the SEC against defendant Blacklight, S.A.;

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

October 13, 2020
DATE