UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> KENNETH CIAPALA, et al., <br><br> Defendants. | 1:20-cv-00008 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED that the stay entered by the Court on October 13, 2020 (ECF No. 27) is continued. The parties shall file a joint letter to the Court 90 days from the date of this Order, and every 90 days thereafter that the stay remains in place, updating the Court on the status of the Criminal Action as that term is defined in the October 13, 2020 Order.

Dated: October 4, 2022
      New York, New York

                                         SO ORDERED.

                                         _____
                                         JENNIFER L. ROCHON
                                         United States District Judge